Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 880
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 574-6022
Attorney for Plaintiff,
PIPER ZIV

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PIPER ZIV, | Case No.: 2:15-cv-8487 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| MEDICREDIT, INC., | |
| Defendant. | |

NOW COMES Plaintiff, PIPER ZIV, through her attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

- 1 -

NOTICE OF SETTLEMENT

RESPECTFULLY SUBMITTED,

DATED:  January 19, 2016    WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on January 19, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

Amber Henry
Eisner Jaffe, a Professional Corporation
9601 Wilshire Blvd., Suite 700
Beverly Hills, CA 90210
ahenry@eisnerlaw.com

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal